## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Tom Goodlet

                        Plaintiff,

v.                                           Case No.: 1:19–cv–03389
                                           Honorable Jorge L. Alonso

SCR Medical Transportation, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 24, 2022:

       MINUTE entry before the Honorable Young B. Kim: In–person settlement conference held and the parties were able to resolve the matter in principle. Parties will next prepare the necessary class settlement documents and have them executed in time to file their motion for preliminary approval of the class settlement by April 25, 2022. Plaintiff is ordered to email the class settlement package discussed on the record today to Defendant by April 1, 2022. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned District Judge. Parties should feel free to contact this court directly if they require assistance. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.