IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TOM GOODLET AND ADRIENNE WILLIAMS,** on behalf of themselves, and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>**SCR MEDICAL TRANSPORTATION, INC.,**<br><br>Defendant. | No. 19-cv-03389<br><br>**The Honorable Young B. Kim**<br>**Magistrate Judge**<br>Presiding By Consent |

**PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF PARTIES' JOINT STIPULATION AND AGREEMENT TO SETTLE CLASS ACTION AND OTHER CLAIMS AND FOR APPROVAL OF CLASS CERTIFICATION**

NOW COME the Parties, by their counsel of record, and hereby submit their Joint Motion for Preliminary Approval of the Parties' Joint Stipulation and Agreement to Settle Class Action and Other Claims and for Approval of Class Certification. The Parties file concurrently herewith, their Memorandum in Support.

Respectfully Submitted,

*Electronically Served 05/02/2022*

/s/John W. Billhorn
_____
John W. Billhorn

John W. Billhorn
Samuel D. Engelson
*Attorneys for Plaintiffs and those similarly situated, known and unknown*

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450

/s/ Jeffrey L. Rudd

_____

Jeffrey L. Rudd

Jeffrey L. Rudd
Sean C. Herring

Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Tel: (312) 787-4949 Fax: (312) 787-4995
jeffrey.rudd@jacksonlewis.corn
Sean.Herring@jacksonlewis.com