# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **TOM GOODLET AND ADRIENNE WILLIAMS,** on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, | ) ) N<u>o</u>. 19-cv-03389 ) ) |
| Plaintiffs, | ) The Honorable Young B. Kim ) U.S. Magistrate Judge |
| v. | ) ) |
| **SCR MEDICAL TRANSPORTATION, INC.**, | ) ) |
| Defendant. | ) |

## PARTIES' JOINT MOTION FOR FINAL APPROVAL OF PARTIES' JOINT STIPULATION AND AGREEMENT TO SETTLE CLASS ACTION AND OTHER CLAIMS AND FOR APPROVAL OF CLASS CERTIFICATION

NOW COME the Parties, by their counsel of record, hereby file their Joint Motion for Final Approval of the Parties' Joint Stipulation and Agreement to Settle Class Action and Other Claims and for Approval of Class Certification. The Parties herewith, file concurrently their Memorandum in Support.

Respectfully Submitted,

*Electronically Served 10/07/2022*

By: s/ John W. Billhorn

John W. Billhorn
Samuel D. Engelson
BILLHORN LAW FIRM
53 West Jackson Blvd., Suite 1137
Chicago, Illinois 60604
*Attorneys for Plaintiffs, and all other Plaintiffs similarly situated, known and unknown*

By: s/ Jeffrey L. Rudd

Jeffrey L. Rudd
Sean C. Herring
JACKSON LEWIS P.C.
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60607
*Attorneys for Defendant*