# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Tom Goodlet

                Plaintiff,

v.                                          Case No.: 1:19–cv–03389

                                                 Honorable Young B. Kim

SCR Medical Transportation, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 14, 2022:

      MINUTE entry before the Honorable Young B. Kim: Hearing on the parties' joint motion for final approval held. No one appeared in court to pose any objections to the class settlement or file any objections to the motion. Parties also updated the court that the class administrator did not received any objections to the class settlement. The motion for final approval [148] is granted. Enter Final Approval Order ("Order"). The Settlement Administrator is ordered to submit a declaration by December 30, 2022, or sooner, confirming that Defendant timely complied with Paragraph 8 of the Order, that it has distributed all of the funds, and that it has closed its file. This matter is dismissed without prejudice to be converted to with prejudice on January 6, 2023, without further action of the court unless reinstated before then. Civil case terminated. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.